**No. 10-11262. Gerry W. Fowler, Sr., Petitioner v. Timothy F. Geithner, Secretary of the Treasury.**

565 U.S. 1174, 132 S. Ct. 1137, 181 L. Ed. 2d 1010, 2012 U.S. LEXIS 682.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1058, 132 S. Ct. 756, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8621.